# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2025

## NO. 03-25-00072-CV

**Rebecca Nicole Hoch, Appellant**

**v.**

**William Thomas Hoch, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED AS MOOT-- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on January 16, 2025. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.